UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOANN PARDUE,                                   :
                                                :
        Plaintiff,                              :     Civil Action
v.                                              :     No. 04-11229-GAO
                                                :
INDEVUS PHARMACEUTICALS, INC., F/K/A            :
INTERNEURON PHARMACEUTICALS, INC.;              :
WYETH, INC., F/K/A AMERICAN HOME                :
PRODUCTS CORPORATION; WYETH                     :
PHARMACEUTICALS, INC F/K/A WYETH-               :
AYERST PHARMACEUTICALS, INC., A                 :
DIVISION OF AMERICAN HOME PRODUCTS              :
CORPORATION; AND BOEHRINGER                     :
INGELHEIM PHARMACEUTICALS, INC.,                :
                                                :
        Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                            Respectfully submitted,
       Boston, Massachusetts

                                                 /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                        MEAGHER & FLOM LLP
Barbara Wrubel                                  One Beacon Street
Katherine Armstrong                             Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                           (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                  Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.