UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Andrus v. Indevus Pharmaceuticals, Inc. et al | CA 04-10911-GAO |
| Walker v. Indevus Pharmaceuticals, Inc. et al | CA 04-11034-GAO |
| Perkins, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11035-GAO |
| Jauregui-Ruiz et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11036-GAO |
| Carver, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11037-GAO |
| Anderson et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11038-GAO |
| Amadeo v. Indevus Pharmaceuticals, Inc. et al | CA 04-11039-GAO |
| Laird v. Indevus Pharmaceuticals, Inc. et al | CA 04-11040-GAO |
| Beane, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11041-GAO |
| Kajkowski, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11042-GAO |
| Antuono, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11043-GAO |
| Carothers et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11051-GAO |
| Daily et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11052-GAO |
| Alkire et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11053-GAO |
| Ellis et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11054-GAO |
| Cedeno et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11055-GAO |
| Asbelle et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11056-GAO |
| Erick et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11057-GAO |
| Saluzzo et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11058-GAO |
| Miller et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11059-GAO |
| Britton et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11060-GAO |
| Balistreri et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11061-GAO |
| DaCasta et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11062-GAO |
| Armstrong et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11063-GAO |
| Aguilar et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11064-GAO |
| Colerick et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11065-GAO |
| Atherton, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11066-GAO |
| Fuller et al .v. Indevus Pharmaceuticals, Inc. et al | CA 04-11067-GAO |
| Strong, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11068-GAO |
| Apperson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11078-GAO |

| Case | Docket |
|---|---|
| Anderson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11081-GAO |
| Alexander et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11082-GAO |
| Chalkline et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11083-GAO |
| Hauk et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11084-GAO |
| Miller et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11085-GAO |
| Cole et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11086-GAO |
| Hunt et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11087-GAO |
| Adams et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11088-GAO |
| Taylor et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11089-GAO |
| Jenkins, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11090-GAO |
| Arrowood et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11091-GAO |
| Black et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11092-GAO |
| Ambroz et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11093-GAO |
| Ewing et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11094-GAO |
| Dacus et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11095-GAO |
| Armstrong, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11096-GAO |
| Crouch et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11097-GAO |
| Carr et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11098-GAO |
| Jones e al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11099-GAO |
| Ellingson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11104-GAO |
| Bennett et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11105-GAO |
| Ausevich et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11106-GAO |
| Suber et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11138-GAO |
| Symonds et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11139-GAO |
| Dumond, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11140-GAO |
| Meidinger et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11141-GAO |
| Badger et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11142-GAO |
| Rhone et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11143-GAO |
| Clayton et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11144-GAO |
| Hansen et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11145-GAO |
| Wright et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11146-GAO |
| Sosa et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11147-GAO |
| Hill et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11154-GAO |

| Case | Number |
|---|---|
| Spencer et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11155-GAO |
| Kozma et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11156-GAO |
| Krishnappa et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11157-GAO |
| Roberts et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11158-GAO |
| Burgess et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11159-GAO |
| Fletcher et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11160-GAO |
| Bishop et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11161-GAO |
| Ault et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11162-GAO |
| Benton et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11163-GAO |
| Alden et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11176-GAO |
| Chance et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11177-GAO |
| Harrelson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11178-GAO |
| Bailey et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11179-GAO |
| Luckritz et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11180-GAO |
| Kline et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11181-GAO |
| Anderson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11182-GAO |
| Dolliver et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11183-GAO |
| Hitchcock et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11184-GAO |
| Cline et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11185-GAO |
| Arnold et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11186-GAO |
| Bischof et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11187-GAO |
| Barefoot et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11198-GAO |
| Cowell et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11199-GAO |
| Richard et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11200-GAO |
| Sylvester et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11201-GAO |
| Cockrell et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11202-GAO |
| Duffy et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11203-GAO |
| Knott et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11204-GAO |
| Malone et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11205-GAO |
| Perschall et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11206-GAO |
| Brown et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11207-GAO |
| Bennett et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11208-GAO |
| Netherland et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11209-GAO |

| | |
|---|---|
| Burton et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11210-GAO |
| Barry et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11211-GAO |
| Watson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11224-GAO |
| Truxillo et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11225-GAO |
| Walker et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11226-GAO |
| Antoniou et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11227-GAO |
| Stewart et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11228-GAO |
| Pardue et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11229-GAO |
| Rome et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11230-GAO |
| Morris et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11231-GAO |
| Gilmore et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11232-GAO |
| Badeaux et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11233-GAO |
| Wirkkala et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11244-GAO |
| Baker et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11245-GAO |
| Reital et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11246-GAO |
| Beznaiguia et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11247-GAO |
| Bowman et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11249-GAO |
| Hill et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11250-GAO |
| Ford et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11251-GAO |
| Henry et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11252-GAO |
| Green et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11253-GAO |
| Irving et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11254-GAO |
| Mikel et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11255-GAO |
| Anderson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11256-GAO |
| Simmons et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11257-GAO |
| Calkins et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11260-GAO |
| Lane et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11261-GAO |
| Franklin et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11262-GAO |
| Alvarado et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11264-GAO |
| Ross et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11265-GAO |
| Horton et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11266-GAO |
| Barlow et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11267-GAO |
| Collins et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11268-GAO |

| | |
|---|---|
| Boomhower et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11269-GAO |
| Althen et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11270-GAO |
| Reed et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11280-GAO |
| Medlock et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11281-GAO |
| Gulledge-Smith et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11282-GAO |
| Adams et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11283-GAO |
| Simoneaux et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11284-GAO |
| Blackenship et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11285-GAO |
| Daigle et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11286-GAO |
| Hoffman et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11287-GAO |
| Akehurst et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11288-GAO |
| Campbell et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11289-GAO |
| Allen et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11298-GAO |
| Jones et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11299-GAO |
| Kim et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11302-GAO |
| Soignet et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11303-GAO |
| Amidon et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11304-GAO |
| Cosey et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11305-GAO |
| Bougeois et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11306-GAO |
| Fiore et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11307-GAO |
| Jefferson et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11308-GAO |
| Rhudy et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11309-GAO |
| Aroca et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11319-GAO |
| Brandenburg et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11320-GAO |
| Banfield et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11321-GAO |
| Wellington, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11322-GAO |
| Munster et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11323-GAO |
| Hampel et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11327-GAO |
| Putnam et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11328-GAO |
| Williams et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11342-GAO |
| Tyson, et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11343-GAO |
| Anderson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11344-GAO |
| Campbell et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11345-GAO |

| | |
|---|---|
| Ellis et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11347-GAO |
| Datcher et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11348-GAO |
| Capers et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11350-GAO |
| Vermillion et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11365-GAO |
| Adeleke et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11366-GAO |
| Kramer et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11367-GAO |
| Jeffries et al v. Indevus Pharmaceuticals, Inc. et al | CA 04-11368-GAO |
| Farnsworth et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11369-GAO |
| Omenebelle et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11370-GAO |
| Phipps et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11371-GAO |
| Stubbs et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11372-GAO |
| Cressionnie et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11373-GAO |
| Dukes et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11374-GAO |
| Mileo et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11386-GAO |
| Jones et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11387-GAO |
| Garvin et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11388-GAO |
| Clark et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11389-GAO |
| Russell et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11390-GAO |

## NOTICE OF CONFERENCE

A case status conference is scheduled for Tuesday, July 13, 2004, at 2:30 p.m. in Courtroom 9 before the Honorable George A. O'Toole, Jr. Please mark your calendar accordingly.

TONY ANASTAS,
CLERK OF COURT

Dated: June 29, 2004

By Paul S. Lyness
Deputy Clerk